UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHARLES E. JUSTISE, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:04-cv-1083-DFH-VSS |
| | ) |
| DORIS JOHNSON, et al., | ) |
| | ) |
| Defendants. | ) |

ENTRY

The motion for summary judgment of defendant Doris Johnson is based on the plaintiff's failure to comply with the requirement of 42 U.S.C. § 1997e(a) that prisoners exhaust available administrative remedies prior to filing a lawsuit challenging prison conditions. The exhaustion requirement applies to plaintiffs who are prisoners at the time they file suit. *Dixon v. Page*, 291 F.3d 485, 489 (7th Cir. 2002). One could argue, as the undersigned might, that the exhaustion requirement of § 1997e(a) should apply to suits by former prisoners who assert claims that arose in prison. See *Zehner v. Trigg*, 952 F. Supp. 1318, 1325-26 (S.D. Ind. 1997) (physical injury requirement of § 1997e(e) applied to suits by former prisoners for claims arising in prison), *aff'd*, 133 F.3d 459 (7th Cir. 1997). The Seventh Circuit has disagreed, however. *Kerr v. Puckett*, 138 F.3d 321, 322-23 (7th Cir. 1998) (disagreeing with *Zehner* on this point, holding that § 1997e(e) applies only to suits filed by persons who are prisoners at time of filing, and noting

-2-

also that "common sense" is a "treacherous guide to statutory interpretation"). That reasoning applies to § 1997e(a), as *Dixon* held. Because the plaintiff was not a prisoner when he filed this lawsuit, the exhaustion requirement does not apply to him, and Johnson's motion for summary judgment must be denied.

So ordered.

Date: July 14, 2006

*David F. Hamilton*

DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Copies to:

William A. Hahn
BARNES & THORNBURG LLP
william.hahn@btlaw.com

Mark Shafer O'Hara
HOSTETTER & O'HARA
mark@hostetter-ohara.com

Michael Rosiello
BARNES & THORNBURG LLP
mike.rosiello@btlaw.com

CHARLES E. JUSTISE, SR.
527 Lynn Street
Indianapolis, Indiana 46222