UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| CHARLES E. JUSTISE, SR.,  )  <br> ) <br> Plaintiff,   ) <br> v.   )     No. 1:04-cv-1083-DFH-JMS <br> ) <br> JAMES FENOGLIO,   ) <br> ) <br> Defendant.   ) | |

**Entry Discussing Motion for Contempt and Sanctions**

**I.**

The plaintiff's motion for contempt and sanctions (dkt 139) is **denied.** The reason for this ruling is that the motion recites that the subpoenas were sent twice by the plaintiff himself by first class United States mail. Pursuant to Rule 45 of the *Federal Rules of Civil Procedure,* a subpoena may be served by any person over the age of 18 who is not a party to an action. The service described by the plaintiff in his motion for contempt and sanctions is ineffective as a means of properly serving a subpoena. In addition, there is no indication that the plaintiff tendered the attendance fees to which the recipients of the subpoenas would be entitled. Without a properly served subpoena, there has been no court order, and without a court order there is no basis on which the recipients of the subpoenas could be thought to be or found in contempt for failing to comply with them.

**II.**

Discovery malfunctions have plagued this case and continue to do so. The plaintiff may benefit from reviewing the following.

> Plaintiff may compel a person who is not a party to this action to appear before the court and produce documents for inspection and copying, pursuant to a subpoena duces tecum. See Fed.R.Civ.P. 34(c), 45(a). In order to do so, Plaintiff must fill out subpoena forms and ensure that each person is served with the subpoena by a non-party. Plaintiff must tender to each person "the fees for one day's attendance and the mileage allowed by law." Fed.R.Civ.P. 45(b)(1). The fee for each person is forty dollars per day, see 28 U.S.C. § 1821(b), and cannot be waived for a plaintiff proceeding *in forma pauperis. See Dixon v. Ylst,* 990 F.2d 478, 480 (9th Cir. 1993).

*George v. Jones* 2008 WL 859439, at *16 (N.D.Cal. 2008)

So ordered.

*[signature: David F. Hamilton]*

DAVID F. HAMILTON, Chief Judge
United States District Court

Date:  6/2/2008

Distribution:

Mark Shafer O'Hara
HOSTETTER & O'HARA
mark@hostetter-ohara.com

Charles E. Justise, Sr.
DOC # 921730
Putnamville Correctional Facility
1946 W. Highway 40
Greencastle, IN 46135

William A. Hahn
BARNES & THORNBURG LLP
william.hahn@btlaw.com

Michael Rosiello
BARNES & THORNBURG LLP
mike.rosiello@btlaw.com